**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ENDLESS SUMMER PRODUCTIONS, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 15-6097** |
| **SCOTT MIRKIN and EVENT BY** | : | |
| **SCOTT MIRKIN, INC. d/b/a ESM** | : | |
| **PRODUCTIONS, INC.** | : | |

## ORDER

**AND NOW**, this 2nd day of March, 2016, upon consideration of the Defendants'
Motion to Dismiss in Part Plaintiff's First Amended Complaint (Doc. No. 14), and the
plaintiff's response, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.     Counts II, III and IV of the First Amended Complaint are **DISMISSED
WITH PREJUDICE**;

2.     Plaintiff's demand for punitive damages in Count I is **STRICKEN**; and

3.     Defendant Scott Mirkin is **DISMISSED** from this action.



/s/Timothy J. Savage_____
TIMOTHY J. SAVAGE, J.